IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JANE DOE,**     **Plaintiff,** | **CIVIL ACTION** |
| v. | |
| **REDEEMER HEALTH AND HOLY REDEEMER HEALTH SYSTEMS,**     **Defendants.** | **NO. 23-2405** |

### O R D E R

**AND NOW**, this 10th day of August, 2023,

**WHEREAS** the parties provided to the Court a proposed consent order with the following two stipulations:

1. The date by which Defendants are required to respond to Plaintiff's Motion to Remand (ECF Doc. No. 8) is extended by fourteen (14) days, through and including August 23, 2023;

2. The date by which Defendants shall respond to Plaintiff's Complaint is extended to thirty (30) days following the disposition of Plaintiff's Motion to Remand (ECF Doc. No. 8);

**IT IS HEREBY ORDERED** that the first stipulation is **APPROVED** and the second stipulation is **NOT APPROVED**.

BY THE COURT:

/s/Wendy Beetlestone, J.

_____
**WENDY BEETLESTONE, J.**