IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JANE DOE,**  Plaintiff,  v.  **REDEEMER HEALTH AND HOLY REDEEMER HEALTH SYSTEMS,**  Defendants. | **CIVIL ACTION**  NO. 23-2405 |

**O R D E R**

**AND NOW**, this 16th day of August, 2023, following a Preliminary Pre-trial Conference, **IT IS HEREBY ORDERED** that discovery, except for initial disclosures required by Federal Rule of Civil Procedure 26(a)(1)(A), is **STAYED** until a decision on the Motion to Remand, (ECF No. 8). If the Court denies the Motion to Remand, the parties **SHALL** jointly, within ten days of the issuance of the Order on the Motion to Remand, e-mail to the Court a proposed scheduling order.

BY THE COURT:

/s/Wendy Beetlestone, J.
_____
**WENDY BEETLESTONE, J.**