**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JANE DOE INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,                 Plaintiff, <br><br> v. <br><br> REDEEMER HEALTH <br><br> and <br><br> HOLY REDEEMER HEALTH SYSTEM <br><br>          Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> :      CIVIL ACTION <br>      NO.: 2:23-cv-02405 |

**THIS MATTER** having been brought before the Court jointly by counsel for all parties, and the Court having reviewed the issues raised herein and for good cause shown:

**IT IS** on this 30th day of August, 2023, hereby **ORDERED** that the date by which Defendants shall respond to Plaintiff's Complaint is extended to thirty (30) days following the disposition of Plaintiff's Motion to Remand (ECF Doc. No. 8).

_____
TURKE & STRAUSS LLP
Raina Borrelli
613 Williamson Street, Suite 201
Madison, WI 53703
Telephone: 608-237-1775
Facsimile: 608-509-4423
raina@turkestrauss.com

BOCHETTO & LENTZ, P.C.
John A. O'Connell
Ryan T. Kirk
1524 Locust Street
Philadelphia, PA 19102
(215) 735-3900
joconnell@bochettoandlentz.com
rkirk@bochettoandlentz.com

*Attorneys for Plaintiff*
*Jane Doe*

_____
STRADLEY RONON STEVENS &
YOUNG, LLP
Jeffrey D. Grossman
William T. Mandia
Chelsea A. Biemiller
2005 Market Street, Suite 2600
Philadelphia, PA 19103
(215) 564-8550

*Attorneys for Defendants Redeemer Health*
*and Holy Redeemer Health Systems*

BY THE COURT:

/s/Wendy Beetlestone, J.

_____
Hon. Wendy Beetlestone
U.S. District Judge

6262143