IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JANE DOE,**<br>**Plaintiff,**<br><br>v.<br><br>**REDEEMER HEALTH AND HOLY REDEEMER HEALTH SYSTEMS,**<br>**Defendants.** | **CIVIL ACTION**<br><br><br><br>**NO. 23-2405** |

## O R D E R

**AND NOW**, this 28th day of September, 2023, **IT IS ORDERED** that this case is **REMANDED** to the Court of Common Pleas of Philadelphia County, Pennsylvania, Case No. 230501236, for lack of subject matter jurisdiction.

The Clerk of Court is directed to **TERMINATE** this case and mark it **CLOSED**.

BY THE COURT:


*/s/ Wendy Beetlestone*
_____
**WENDY BEETLESTONE, J.**