UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 23-2866

Jim McLaughlin, et al v. Redeemer Health, et al

(U.S. District Court No.: 2-23-cv-02405)

**ORDER**

It is hereby ORDERED that the above matter is dismissed pursuant to Fed. R. App. P. 42(b). A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: December 09, 2024
LMR/cc: Weining Bai, Esq.
Chelsea Biemiller, Esq.
George A. Bochetto, Esq.
Raina C. Borrelli, Esq.
Jeffrey D. Grossman, Esq.
Foster C. Johnson, Esq.
Ryan T. Kirk, Esq.
William T. Mandia, Esq.
John A. O'Connell, Esq.
Mr. George V. Wylesol,

A True Copy:

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate